**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Cristina A. Guido, State Bar No. 292089
*cguido@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:  714 445-1002

Attorneys for Peter Mastan, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>WELCOME MANAGEMENT CORP.,<br><br>                    Debtor.<br><br>PETER MASTAN, Chapter 7 Trustee,<br><br>                    Plaintiff,<br><br>    v.<br><br>SANG HYUN KIM, an individual; HELEN PAK, an individual; LOREN CHANG, an individual; and HOPE HEALTHCARE MANAGEMENT, INC.,<br><br>                  Defendants. | Case No. 2:14-bk-12860-TD<br><br>Chapter 7<br><br>Adv No. 2:15-ap-01545-TD<br><br>**PROOF OF SERVICE re:**<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1];** *and* **COMPLAINT: (1) TO RECOVER UNLAWFUL DIVIDENDS; (2) TO AVOID AND RECOVER FRAUDULENT TRANSFERS UNDER 11 U.S.C. §§ 548(a)(1)(A) and 550(a); (3) TO AVOID AND RECOVER FRAUDULENT TRANSFERS UNDER 11 U.S.C. §§ 548(a)(1)(B) AND 550(a); (4) TO AVOID AND RECOVER FRAUDULENT TRANSFERS UNDER 11 U.S.C. § 544 AND CALIFORNIA CIVIL CODE § 3439.04(a)(1); (5) TO AVOID AND RECOVER FRAUDULENT TRANSFERS UNDER 11 U.S.C. § 544 AND CALIFORNIA CIVIL CODE § 3439.04(a)(2); AND (6) TO AVOID AND RECOVER FRAUDULENT TRANSFER UNDER 11 U.S.C. § 544(b) AND CAL. CIV. CODE § 3439.05** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1];** *and* **COMPLAINT: (1) TO RECOVER UNLAWFUL DIVIDENDS; (2) TO AVOID AND RECOVER FRAUDULENT TRANSFERS UNDER 11 U.S.C. §§ 548(a)(1)(A) and 550(a); (3) TO AVOID AND RECOVER FRAUDULENT TRANSFERS UNDER 11 U.S.C. §§ 548(a)(1)(B) AND 550(a); (4) TO AVOID AND RECOVER FRAUDULENT TRANSFERS UNDER 11 U.S.C. § 544 AND CALIFORNIA CIVIL CODE § 3439.04(a)(1); (5) TO AVOID AND RECOVER FRAUDULENT TRANSFERS UNDER 11 U.S.C. § 544 AND CALIFORNIA CIVIL CODE § 3439.04(a)(2); AND (6) TO AVOID AND RECOVER FRAUDULENT TRANSFER UNDER 11 U.S.C. § 544(b) AND CAL. CIV. CODE § 3439.05** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 20, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- Peter J Mastan (TR)    pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 20, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hope Healthcare Management<br>Attn.: Sang Hyun Kim,<br>Agent for Service of Process<br>7571 Wyoming St.<br>Westminster, CA 92683 | Sang Hyun Kim, individually<br>7571 Wyoming St.<br>Westminster, CA 92683 | Helen Pak<br>162 Tapestry<br>Irvine, CA 92603 |
| Loren K. Chang<br>5839 Ocean Terrace Drive<br>Rancho Palos Verdes, CA 90275 | Loren K. Chang<br>19572 Mayfield Circle<br>Huntington Beach, CA 92648 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2015 | Carol Sheets | /s/ *Carol Sheets* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**