**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Cristina A. Guido, State Bar No. 292089
*cguido@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:   714 445-1002

Attorneys for Peter Mastan,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>WELCOME MANAGEMENT CORP.,<br><br>Debtor.<br><br>PETER MASTAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>SANG HYUN KIM, an individual; HELEN PAK, an individual; LOREN CHANG, an individual; and HOPE HEALTHCARE MANAGEMENT, INC.,<br><br>Defendants. | Case No. 2:14-bk-12860-TD<br><br>Chapter 7<br><br>Adv No. 2:15-ap-01545-TD<br><br>**DECLARATION OF KYRA E. ANDRASSY IN SUPPORT OF TRUSTEE'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO LOCAL BANKRUPTCY RULE 7055-1** |

I, Kyra E. Andrassy, declare as follows:

1. I am a partner with Smiley Wang-Ekvall, LLP, attorneys of record for Peter J. Mastan, the chapter 7 trustee for the bankruptcy estate of Welcome Management Corp. ("Trustee"). I am licensed to practice before this Court and the courts of the State of California. I know each of the following facts to be true of my own

personal knowledge, except as otherwise stated, and if called as a witness, I could and would competently testify with respect thereto.

2.    My firm filed a complaint against Sang Hyun Kim, Helen, Pak, Loren Chang, and Hope Healthcare Management, Inc., on October 13, 2015 ("Complaint") commencing this adversary proceeding. The Summons and Complaint were served by mail on the defendants on October 20, 2015.

3.    The Summons established the deadline to respond to the Complaint at November 16, 2015. The Trustee extended the deadline by which Sang Hyun Kim and Helen Pak were required to respond to the complaint.

4.    I have not received a response from either Loren Chang or Hope Healthcare Management, Inc., and a review of the Pacer docket indicates that neither Loren Chang nor Hope Healthcare Management, Inc. filed a response with the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 9th day of December, 2015, at Costa Mesa, California.

                                           */s/ Kyra E. Andrassy*
                                           KYRA E. ANDRASSY

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KYRA E. ANDRASSY IN SUPPORT OF TRUSTEE'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO LOCAL BANKRUPTCY RULE 7055-1** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 9, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Kyra E Andrassy kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com; hdavis@swelawfirm.com
Peter J Mastan (TR) pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 9, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **December 9, 2015** | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL:**

| | |
|---|---|
| Hope Healthcare Management<br>Attn.: Sang Hyun Kim,<br>Agent for Service of Process<br>7571 Wyoming St.<br>Westminster, CA 92683 | Loren K. Chang<br>19572 Mayfield Circle<br>Huntington Beach, CA 92648 |
| Loren K. Chang<br>5839 Ocean Terrace Drive<br>Rancho Palos Verdes, CA 90275 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**