Electronically Filed
11/8/16

PATRICIA M. BAKST, ESQ. (SBN 125866)
LAW OFFICE OF PATRICIA M. BAKST
16501 Ventura Blvd., Suite 610
Encino, California 91436
Telephone: (310) 488-0924
Facsimile: (818) 784-0176
Email: Trish.Bakst@gmail.com

Attorney for Defendant, Loren Chang

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>WELCOME MANAGEMENT CORP.,<br><br>Debtor. | CASE NO. 2:14-BK-12860-TD<br><br>CHAPTER 7<br><br>Adv. No. 2:15-ap-01545-TD |
| PETER MASTAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>SANG HYUM KIM, an individual; HELEN PAK, an individual; LOREN CHANG, an individual; and HOPE HEALTHCARE MANAGEMENT, INC.,<br><br>Defendants. | **AMENDED DECLARATION OF LOREN CHANG IN SUPPORT OF MOTION FOR ORDER SETTING ASIDE DEFAULT AND DEFAULT JUDGMENT**<br><br>DATE: December 7, 2016<br>TIME: 10:00 a.m.<br>CRTRM: 1345<br>PLACE: U.S. Bankruptcy Court<br>255 East Temple Street,<br>Los Angeles, California 90012 |

I, Loren Chang, declare as follows:

1. I am over the age of 21 and know all of the facts stated hereinbelow of my own personal knowledge. If called upon to testify, I could and would competently testify thereto.

---

1
AMENDED DECLARATION OF LOREN CHANG IN SUPPORT OF
MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT

2. I have never been personally served with notice of the Adversary Action. Nor has the Adversary Action ever been mailed to any property owned by me in the United States.

3. I have mostly resided in Korea since 2010.

4. I have not conducted business in the United States since 2012.

5. In January 2014, my ex-husband, Duke Chang ("Duke"), and I filed for divorce.

6. Duke and I previously owned and resided in a residential property located at 5839 Ocean Terrace Drive, Rancho Palos Verdes, California 90275 (the "PV Property").

7. Duke and I sold the PV Property in April 2005. A true and correct copy of the Grant Deed reflecting that transfer of title to the PV Property is attached hereto as Exhibit 1.

8. Duke and I also owned a property located at 19572 Mayfield Circle, Huntington Beach, CA 92648 (the "Huntington Property").

9. On March 20, 2015, as part of our divorce settlement, I granted title to the Huntington Property to Duke. A true and correct copy of the Grant Deed dated March 20, 2015 is attached hereto as Exhibit 2.

10. Although I occasionally visit the United States, I do not reside with Duke.

11. Prior to July 2016, Duke never delivered or forwarded any documents, pleadings or notices filed in Adversary Action, Bankruptcy Case No. 2:14-bk-12860-TD, Adv No. 2:15-bk-0154-TD (the "Adversary Action") that may have been mailed to me at the Huntington Property.

12. In or about July 2016, Duke emailed a letter to me from the Los Angeles County Recorder dated May 26, 2016 which indicated that an Abstract of Judgment had been recorded against the Huntington Property.

13. I never received any documents, pleadings or notices filed in Adversary

Action that may have been mailed by the Trustee or his counsel of record to the Huntington Property or the PV Property.

14. I was never personally served with any documents, pleadings or notices filed in Adversary Action.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of November, 2016 at Seoul, South Korea.

LOREN CHANG

RECORDING REQUESTED BY:
Southland Title Company

AND WHEN RECORDED MAIL TO:

Mr and Mrs. Paul Guez
972 Palisades Beach Rd
Santa Monica, CA 90403

05 0969428

2

---

Title Order No.: 15040815  
Escrow No.: 85156-JC

# GRANT DEED

THIS SPACE FOR RECORDER'S USE ONLY

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $1,950.30
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale
[ ] Unincorporated area    [X] City of Rancho Palos Verdes AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Duke M. Chang, as trustee of THE DUKE M. CHANG TRUST UNDER DECLARATION OF TRUST DATED AUGUST 3, 2000, as to an undivided one-half interest and Loren Kim Chang, as trustee of THE LOREN K. BASCOY REVOCABLE INTER-VIVOS TRUST AS AMENDED, as to an undivided one-half interest; as tenants in common

hereby GRANT(s) to:

Paul Guez and Elizabeth Ann Guez, trustees of The Guez Living Trust dated February 13, 1998

the real property in the City of Rancho Palos Verdes, County of Los Angeles, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as  5839 Ocean Terrace Drive, Rancho Palos Verdes, CA  90275
AP#: 7581-030-017

DATED April 13, 2005
STATE OF CALIFORNIA
COUNTY OF Los Angeles
On April 21, 2005
Before me, Moon Ja Chung
A Notary Public in and for said State, personally appeared
Duke M. Chang and
Loren Kim Chang

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument
WITNESS my hand and official seal

Signature _____

SIGNATURE ATTACHED HERETO AS EXHIBIT AND MADE A PART HEREOF



MOON JA CHUNG
Commission # 1336461
Notary Public - California
Los Angeles County
My Comm. Expires Jan 23, 2008

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW, IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

15040815

Exh 1

RECORDING REQUESTED BY:
DUKE M. CHANG
Order No.
Parcel No. 110-451-28
AND WHEN RECORDED MAIL TO:
DUKE M. CHANG
19572 MAYFIELD CIRCLE
HUNTINGTON BEACH CA 92648

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

*$R0006606102$*    12.00

2014000124967  8:52 am 04/03/14
93 413 G02 F13   2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

"THIS CONVEYANCE IS IN DISSOLUTION OF MARRIAGE BY ONE SPOUSE TO THE OTHER, R&T 11927"
THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $NONE and CITY $
☐ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☒ unincorporated area:        ☒ HUNTINGTON BEACH , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**DUKE M. CHANG, as Trustee of the Duke M. Chang Trust under Declaration of Trust dated August 3, 2000 and Loren Kim Chang as Trustee of the Loren K. Bascoy Revocable Inter-Vivos Trust dated 12/11/1999, as amended and restated November 18, 2002**
hereby GRANT(S) to    DUKE M. CHANG, as Trustee of the Duke M. Chang Trust under Declaration of Trust dated August 3, 2000

the following described real property in the City of Huntington Beach, County of **Orange**, State of **California**:

LOT 17 of TRACT 15081 in the uncorporated area, commonly known as Huntington Beach, County of Orange, State of California, as per map recorded in Book 741 Page(s) 1 to 4 of Maps in the Office of the County Recorder of Orange County.

commonly known as: 19572 Mayfield Circle, Huntington Beach, CA 92648

Date    3-20-14

DUKE M. CHANG TRUST UNDER DECLARATION OF TRUST dated August 3, 2000

By: DUKE M. CHANG, TRUSTEE

Loren K. Bascoy Revocable Inter-vivos Trust Dated 12/11/1999, as amended and restated November 18 2002

By: LOREN KIM CHANG, Trustee

STATE OF CALIFORNIA    } S.S.
COUNTY OF ~~LOS~~ Orange  }
~~ANGELES~~

On  3-20-14 , before me, Young Cheol Roh , a notary public in and for said State, personally appeared Duke M. Chang & Loren Kim Chang who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that ~~he/she/~~they executed the same in ~~his/her/~~their authorized capacity(ies), and that by ~~his/her/~~their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

[Notary Seal: YOUNG CHEOL ROH, Commission # 1966881, Notary Public • California, Orange County, My Comm. Expires Feb 16, 2016]

Exh 2-1

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**    CIVIL CODE § 1189

State of California
County of ___Orange___

On __3-20-14__ before me, __Young Cheol Roh, Notary Public__
                 Date                    Here Insert Name and Title of the Officer
personally appeared __Duke M. Chang & Loren Kim Chang__
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____
              Signature of Notary Public

[Notary Seal: YOUNG CHEOL ROH, Commission # 1966881, Notary Public - California, Orange County, My Comm. Expires Feb 16, 2016]

Place Notary Seal Above

——————————— OPTIONAL ———————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: __Grant Deed__
Document Date: __3-20-14__    Number of Pages: __1__
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Duke M. Chang__
☐ Corporate Officer — Title(s): _____
☒ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: __Loren Kim Chang__
☐ Corporate Officer — Title(s): _____
☒ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

Exh 2-2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16501 Ventura Boulevard, Suite 610, Encino, California 91436.

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED DECLARATION OF LOREN CHANG IN SUPPORT OF MOTION FOR ORDER AWARDING SANCTIONS AGAINST THE CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD, KYRA ANDRASSY, ESQ.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November __, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kyra E. Andrassy,  Kandrassy@swelawfirm.com
Peter J. Mastan (TR)  pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
United States Trustee (LA)  ustpregion16.la.3cf@usdoj.gov
Patricia M. Bakst  trish.bakst@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November __, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Thomas B. Donovan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building & Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, California 90012

Helen Pak
162 Tapestry
Irvine, CA 92603

Peter A. Kim, Esq.
Law Office of Peter A. Kim
3440 Wilshire Blvd., Suite 1208
Los Angeles, CA 90010
Attorney for Hope Healthcare Management, Inc.

Sang Hyun Kim
7571 Wyoming Street
Westminster, CA 92683

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November __, 2016 | Patricia M. Bakst | |
|---|---|---|
| Date | Printed Name | Signature |